

*7369*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS      :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                              :
CERTAIN PLAINTIFFS            :    Cases in which Plaintiffs'
                              :    are represented by Cascino
     v.                            Vaughan Law Offices
                              :
CERTAIN DEFENDANTS            :

**FILED**

JUL 1 9 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

## RULE TO SHOW CAUSE HEARING AND/OR STATUS AND SCHEDULING CONFERENCE FOR CASES IN WHICH PLAINTIFF IS REPRESENTED BY THE CASCINO VAUGHAN LAW OFFICES

**AND NOW**, this **15th** day of **July, 2010**, it is hereby
**ORDERED** that a rule to show cause hearing and/or a status and
scheduling conference will be held in the captioned cases[1] on
**Tuesday, August 17, 2010** at **9:00 am** in Courtroom 11A, United
States Courthouse, 601 Market Street, Philadelphia, PA 19106.
Prior to the conference, Plaintiffs' counsel shall review and
ascertain the status of each case.  Plaintiffs' counsel in each
case must be prepared to state why the case should not be
dismissed for lack of prosecution.

It is further **ORDERED** that, as to each case on the
attached list, counsel for the plaintiff shall be prepared to
certify for the record at the hearing the facts in support of and

---

[1]    See Exhibit "A", attached, for listing of individual
cases.  The cases will also be listed on the Court's MDL 875
website, available at www.paed.uscourts.gov/mdl975.asp.

place each case into one of four groups, as follows:

    1.) Cases which Counsel proposes to dismiss, without prejudice, with the consent of the client[2];

    2.) Cases in which Counsel has diligently attempted to reach the client to advise them of the status of their case, but has been unable to do so[3]; and

    3.) Cases that Counsel wishes to continue to prosecute in MDL-875.

    4.) Cases in which Counsel has consulted with his client and Counsel and client disagree about the appropriate disposition of the case.

    It is further **ORDERED** that the cases in category (3) will be placed on the Court's standard discovery plan, attached as exhibit "B", unless good cause is shown while the case or group of cases should proceed under a different set of deadlines. The cases in category (3), now subject to the Court's standard discovery order, will be referred to the Honorable Lowell A. Reed, Jr. for mediation and pretrial proceedings.

        **AND IT IS SO ORDERED**

                   **EDUARDO C. ROBRENO, J.**

---

[2]    The cases in category (1) will be dismissed pursuant to Fed. R. Civ. P. 41(a)(2), voluntary dismissal by court order.

[3]    The cases in category (2) will be dismissed without prejudice by the Court for failure to prosecute.